JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANCHEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-07253 RGK (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]** |

Pending before the Court is a joint stipulation to dismiss the action with prejudice. Having reviewed the joint stipulation, and good cause appearing, the Court **GRANTS** the joint stipulation and **DISMISSES** the action, including all claims asserted by Plaintiff Jose Sanchez in his Complaint, **WITH PREJUDICE**. Each party is to bear their own attorneys' fees and costs of suit. The Clerk is instructed to terminate the action.

　　**IT IS SO ORDERED.**

Dated: May 27, 2021

_____
Hon. R. Gary Klausner
United States District Court Judge